[No. 34622-9-I.   Division One.   April 1, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS WATSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 93-1-07939-3-SEA, Donald D. Haley, J., entered May 16, 1994. *Affirmed* and *remanded* by unpub-

lished opinion per Grosse, J., concurred in by Kennedy, A.C.J., and Agid, J.